

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2019

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Michael Finocchiaro,* 17 Cr. 243 (SHS)

Dear Judge Stein:

    The Government respectfully submits this joint letter to request an adjournment of the sentencing of Michael Finocchiaro, currently set for March 27, 2019. The Probation Department has asked the parties for additional information before it can make its first disclosure of the Presentence Report. Accordingly, the parties request a brief adjournment of the sentencing date and for sentencing submissions. The Government understands that April 30, 2019 at noon might be a convenient time for the Court and respectfully requests an adjournment to that date.

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney for the
                            Southern District of New York

By: _____
      Kiersten A. Fletcher
      Benet J. Kearney
      Robert B. Sobelman
      Assistant United States Attorneys
      (212) 637-2238 / 2260 / 2616

Cc: Michael Cibella, Esq. (by ECF)