

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 25, 2019

**BY EMAIL**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2019

Re: *United States v. Michael Finocchiaro*, 17 Cr. 243 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request an adjournment of the date to submit a proposed restitution order for Michael Finocchiaro, currently set for November 25, 2019 (60 days following Finocchiaro's sentencing). As the Court is aware, the parties have agreed to a restitution amount, but the Government is still gathering the necessary information for the schedule of victims. Accordingly, the Government requests an additional 14 days to submit its proposed restitution order on December 9, 2019.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
Kiersten A. Fletcher
Benet J. Kearney
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2238 / 2260 / 2616

Cc: Michael Cibella, Esq. (by ECF)

11/26/19
So ordered.
Sidney H. Stein
U.S.D.J.